IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIS MARK HAYNES, | : | CIVIL NO. 3:14-CV-2178 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN, USP ALLENWOOD, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, to wit, this 11 February 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to NOTIFY the petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court